## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRION JOSEPH LEMOINE** | **CIVIL ACTION** |
| **VERSUS** | **NO.  22-1027** |
| **DR. WILLIAM LO** | **SECTION: "A"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

August 31, 2022

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**